Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERA PRINT, INC.<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., et al.,<br><br>Defendants. | Case No.: 2:22-cv-03935-JLS-AS<br>*Hon. Josephine L. Staton Presiding*<br><br>**NOTICE OF DISMISSAL OF CERTAIN PARTIES WITHOUT PREJUDICE** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Hera Print, Inc. hereby dismisses Defendants Hangzhou Xianhe Clothing Co Ltd. d/b/a Gemijacka and Shenzhenshiyanmeihongshipinyouxiangongsi d/b/a Bescita, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                                      Respectfully submitted,

Dated: June 21, 2023      By:   */s/ Trevor W. Barrett*
                                            Scott Alan Burroughs, Esq.
                                            Trevor W. Barrett, Esq.
                                            DONIGER / BURROUGHS
                                            Attorneys for Plaintiff