JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERA PRINT, INC., <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC. et al., <br><br> Defendants. | CASE NO. 2:22-cv-03935-JLS-AS <br><br> **JUDGMENT OF DISMISSAL** |

1  On December 13, 2023, the Court issued an Order (Doc. 37) denying Plaintiff's motion for default judgment (Doc. 34).  The Court gave Plaintiff 21 days to file an amended complaint and noted that failure to do so in a timely manner would result in dismissal of this action.  (Order at 6–7.)  More than 21 days have passed, and Plaintiff has not filed an amended complaint.  Accordingly, a JUDGMENT OF DISMISSAL is hereby entered.

DATED:  January 25, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE